```
                              United States Bankruptcy Court
                              Middle District of North Carolina
```

In re:                                                                  Case No. 14-10079-wls
Benjamin Louis King, Jr.                                                Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0418-2          User: doucette              Page 1 of 2              Date Rcvd: Jan 30, 2014
                              Form ID: b9a               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
```
db         +Benjamin Louis King, Jr.,    709 Law Street,    Greensboro, NC 27401-3428
tr         +Gerald S. Schafer,    220 Commerce Place,    Greensboro, NC 27401-2427
ust        +William P. Miller,    Bankruptcy Administrator,    P.O. Box 1828,    Greensboro, NC 27402-1828
785264430  +Advanced Home Care,    ATTN: BIlling,    4001 Piedmont Parkway,    High Point, NC 27265-9402
785264431  +Andrew G.W. Norman,    Assistant United States Attorney,    36 South Charles Street, Fourth Floor,
             Baltimore, MD 21201-3020
785264432  +Baltimore County Auditor,    400 Washington Ave.,    Towson, MD 21204-4606
785264433  +Baltimore County Courts Building,    Clerk of Court, Circuit Court,    401 Bosley Avenue,
             Towson, MD 21204-4420
785264434   Baltimore County District Court,    ATTN: Clerk of Court,    120 E. Chesapeake Avenue,
             Towson, MD 21286-5307
785264435  +Baltimore County Maryland Tax Department,    Assessment & Taxation,    300 E. Joppa Rd.,
             Towson, MD 21286-3020
785264436  +Chase Home Finance,    ATTN: Bankruptcy Dept.,    PO Box 24696,    Columbus, OH 43224-0696
785264437  +Clerk of Court,    United States District Court,    101 W. Lombard Street, Room 4415,
             Baltimore, MD 21201-2629
785264438   Comptroller of Maryland,    80 Calvert Street,    PO Box 466,    Annapolis, MD 21404-0466
785264439  +Cone Health,    ATTN: Billing Department,    1200 North Elm Street,    Greensboro, NC 27401-1004
785264440  +District of Maryland,    U.S. Marshal: Johnny L. Hughes,    U.S. Courthouse,
             101 W. Lombard Street, Room 605,    Baltimore, MD 21201-2605
785264441  +Employment Security Commission,    PO Box 26504,    Raleigh, NC 27611-6504
785264444  +Guilford County Tax Dept.,    400 W. Market Street,    Greensboro, NC 27401-2241
785264446  +Kristine Brown, Esq.,    Shapiro Borwn & Alt., LLP,    10021 Balls Fd Rd #200,
             Manassas, VA 20109-2666
785264447  +Legal Aid Bureau, Inc.,    500 E. Lexington St.,    Baltimore, MD 21202-3560
785264448  +Maryland Department of Labor,    500 N. Calvert Street #401,    Baltimore, MD 21202-3659
785264449   North Carolina Dept. of Labor,    1101 Mail Service Center,    Raleigh, NC 27699-1101
785264451  +PNC Bank,    ATTN: Kathleen Green, Asst. Vice Pres.,    Two PNC Plaza, 7th Floor,
             620 LIberty Avenue,    Pittsburgh, PA 15222-2722
785264452  +Scott E. Peters,    810 Glen Eagles Ct. # 312,    Towson, MD 21286-2237
785264453  +The Honorable Catherine C. Blake,    United States District Court, Maryland,    Baltimore Division,
             101 W. Lombard Street,    Baltimore, MD 21201-2605
785264454   United States of America,    c/o Rod J. Rosenstein, U.S. Attorney,    District of Maryland,
             36 South Charles St.,    Baltimore, MD 21201-2692
785264455  +Wake Forest University Medical Center,    ATTN: Billing Department,    Medical Center Blvd.,
             Winston Salem, NC 27157-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: jkt@imgt-law.com Jan 30 2014 18:14:23     James K. Talcott,
             Ivey, McClellan, Gatton, & Talcott, LLP,    Suite 500,    100 S. Elm St.,    P. O. Box 3324,
             Greensboro, NC  27402-3324
785264442  +EDI: FORD.COM Jan 30 2014 18:13:00      Ford Mortor Credit Corp.,    1335 S. Clearview Ave.,
             Mesa, AZ 85209-3376
785264445   EDI: IRS.COM Jan 30 2014 18:13:00      Internal Revenue Service,    Centralized Insolvency,
             PO Box 7346,    Philadelphia, PA 19101-7346
785264450   EDI: NCDEPREV.COM Jan 30 2014 18:13:00      North Carolina Dept. of Revenue,    P.O. Box 1168,
             Raleigh, NC 27602-1168
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
785264456     Wendell Jackson,    Unknown
785264443  ##+George Johnson, Chief USPO,    U.S. Probation Office,    Middle District of North Carolina,
             PO Box 3327,    Greensboro, NC 27402-3327
                                                                                              TOTALS: 1, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2014 at the address(es) listed below:

        Gerald S. Schafer,　　geraldatty@bellsouth.net,　gschafer@ecf.epiqsystems.com
        James K. Talcott　　on behalf of Debtor Benjamin Louis King, Jr. jkt@imgt-law.com, trg@imgt-law.com
        William P. Miller　　bancm_ecf@ncmba.uscourts.gov

                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Middle District of North Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/29/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Benjamin Louis King Jr.
aka Benny King
709 Law Street
Greensboro, NC 27401

| Case Number:<br>14−10079 | Last four digits of Social−Sec./Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5374 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>James K. Talcott<br>Ivey, McClellan, Gatton, & Talcott, LLP<br>Suite 500<br>100 S. Elm St.<br>P. O. Box 3324<br>Greensboro, NC 27402−3324<br>Telephone number: 336−274−4658 | Bankruptcy Trustee (name and address):<br>Gerald S. Schafer<br>220 Commerce Place<br>Greensboro, NC 27401<br>Telephone number: (336) 273−9309 |

### Meeting of Creditors

Date: **February 24, 2014**      Time: **09:00 AM**
Location: **Creditors Meeting Room, First Floor, 101 South Edgeworth Street, Greensboro, NC 27401**

**Important notice to individual debtors:** All individual debtors must provide **picture identification** and **proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 4/25/14

| **Deadline to Object to Exemptions:**<br>Thirty (30) days after the *conclusion* of the meeting of creditors. | **Deadline to File Reaffirmation Agreements:**<br>Sixty (60) days after the *first date set* for the Meeting of Creditors. |
|---|---|

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>101 S. Edgeworth Street<br>Greensboro, NC 27401<br>Telephone number: (336) 358−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Reid Wilcox |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 1/30/14 |

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint––or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9)––in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

**NOTICE:** STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. WEAPONS OF ANY KIND (e.g. knives, scissors,guns,etc.) **AND CELL PHONES WITH CAMERA OR PUSH–TO–TALK FEATURES ARE NOT ALLOWED TO BE BROUGHT INTO THE BUILDING. YOU WILL BE DENIED ENTRY IF YOU HAVE ANY OF THESE ITEMS IN YOUR POSSESSION.**

Public parking is not available at Court site. Parking is available at the City Parking Garages located at: 211 S. Greene Street and 109 E. Market Street; and Public Parking Lot located at the corner of S. Eugene and Washington Street.