In re:  Case No. 14-10079-bak
Benjamin Louis King, Jr.  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-2    User: hisamoto    Page 1 of 2    Date Rcvd: Mar 04, 2014
                  Form ID: 294    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2014.

```
db          +Benjamin Louis King, Jr.,    709 Law Street,    Greensboro, NC 27401-3428
785264430   +Advanced Home Care,    ATTN: BIlling,    4001 Piedmont Parkway,    High Point, NC 27265-9402
785264431   +Andrew G.W. Norman,    Assistant United States Attorney,    36 South Charles Street, Fourth Floor,
              Baltimore, MD 21201-3020
785264432   +Baltimore County Auditor,    400 Washington Ave.,    Towson, MD 21204-4606
785264433   +Baltimore County Courts Building,    Clerk of Court, Circuit Court,    401 Bosley Avenue,
              Towson, MD 21204-4420
785264434    Baltimore County District Court,    ATTN: Clerk of Court,    120 E. Chesapeake Avenue,
              Towson, MD 21286-5307
785264435   +Baltimore County Maryland Tax Department,    Assessment & Taxation,    300 E. Joppa Rd.,
              Towson, MD 21286-3020
785272521   +Bierer & Margolis PA,    Attn Jonathan W. Bierer,    POB 41667,    Baltimore, MD 21203-6667
785264436   +Chase Home Finance,    ATTN: Bankruptcy Dept.,    PO Box 24696,    Columbus, OH 43224-0696
785272522   +City of Greensboro,    300 West Washington St,    Greensboro, NC 27401-2624
785264437   +Clerk of Court,    United States District Court,    101 W. Lombard Street, Room 4415,
              Baltimore, MD 21201-2629
785264438    Comptroller of Maryland,    80 Calvert Street,    PO Box 466,    Annapolis, MD 21404-0466
785264439   +Cone Health,    ATTN: Billing Department,    1200 North Elm Street,    Greensboro, NC 27401-1004
785272517   +District Court of Maryland,    for Baltimore County,    900 Walker Ave,
              Catonsville, MD 21228-5341
785272518   +District Court of Maryland,    Baltimore County,    120 E. Chesapeake Ave,    Towson, MD 21286-5307
785264440   +District of Maryland,    U.S. Marshal: Johnny L. Hughes,    U.S. Courthouse,
              101 W. Lombard Street, Room 605,    Baltimore, MD 21201-2605
785264441   +Employment Security Commission,    PO Box 26504,    Raleigh, NC 27611-6504
785272523   +First Point Collections,    POB 26140,    Greensboro, NC 27402-6140
785264442   +Ford Mortor Credit Corp.,    1335 S. Clearview Ave.,    Mesa, AZ 85209-3376
785272520   +Greater Baltimore Medical Center, Inc.,    6701 N. Charles St,    Towson, MD 21204-6881
785264444   +Guilford County Tax Dept.,    400 W. Market Street,    Greensboro, NC 27401-2241
785264446   +Kristine Brown, Esq.,    Shapiro Borwn & Alt., LLP,    10021 Balls Fd Rd #200,
              Manassas, VA 20109-2666
785264447   +Legal Aid Bureau, Inc.,    500 E. Lexington St.,    Baltimore, MD 21202-3560
785264448   +Maryland Department of Labor,    500 N. Calvert Street #401,    Baltimore, MD 21202-3659
785264449    North Carolina Dept. of Labor,    1101 Mail Service Center,    Raleigh, NC 27699-1101
785264450    North Carolina Dept. of Revenue,    P.O. Box 1168,    Raleigh, NC 27602-1168
785264451   +PNC Bank,    ATTN: Kathleen Green, Asst. Vice Pres.,    Two PNC Plaza, 7th Floor,
              620 LIberty Avenue,    Pittsburgh, PA 15222-2722
785264452   +Scott E. Peters,    810 Glen Eagles Ct. # 312,    Towson, MD 21286-2237
785272514   +Solstas Lab Partners,    4380 Federal Dr,    Greensboro, NC 27410-8149
785272516   +Solstas Lab Partners,    1100 Revolution Mill Dr,    Greensboro, NC 27405-5067
785272515   +Solstas Lab Partners,    719 Green Valley Rd #205,    Greensboro, NC 27408-7025
785264453   +The Honorable Catherine C. Blake,    United States District Court, Maryland,    Baltimore Division,
              101 W. Lombard Street,    Baltimore, MD 21201-2605
785264454    United States of America,    c/o Rod J. Rosenstein, U.S. Attorney,    District of Maryland,
              36 South Charles St.,    Baltimore, MD 21201-2692
785264455   +Wake Forest University Medical Center,    ATTN: Billing Department,    Medical Center Blvd.,
              Winston Salem, NC 27157-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
785272519   +E-mail/Text: kim@johnlindner.com Mar 04 2014 18:25:11      Greater Baltimore Medical Center, Inc.,
              c/o Law Office of John E. Linder, PA,    POB 507,    Linthieum Heights, MD 21090-0507
785264445    E-mail/Text: cio.bncmail@irs.gov Mar 04 2014 18:24:56      Internal Revenue Service,
              Centralized Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
785264456    Wendell Jackson,    Unknown
785264443  ##+George Johnson, Chief USPO,    U.S. Probation Office,    Middle District of North Carolina,
              PO Box 3327,    Greensboro, NC 27402-3327
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2014 at the address(es) listed below:
          Gerald S. Schafer,    geraldatty@bellsouth.net,  gschafer@ecf.epiqsystems.com
          James K. Talcott    on behalf of Debtor Benjamin Louis King, Jr. jkt@imgt-law.com,
          trg@imgt-law.com
          William P. Miller    bancm_ecf@ncmba.uscourts.gov
          TOTAL: 3

Form 294

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10079

IN THE MATTER OF:
Benjamin Louis King Jr.     xxx−xx−5374
aka Benny King

709 Law Street
Greensboro, NC 27401

　　Debtor(s)

## CLERK'S NOTICE OF
## BANKRUPTCY ADMINISTRATOR'S STATEMENT
## THAT NO PRESUMPTION OF ABUSE HAS ARISEN
## UNDER 11 U.S.C. § 707(b)(2)

　　As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 3/4/14     　　　　　　　　　　　　　　　　　　　Reid Wilcox
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT