IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| BENJAMIN LOUIS KING JR | : | |
| | : | |
| AKA: BENNY KING | : | |
| | : | BANKRUPTCY NO: 14-10079-7 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

       **eCAST Settlement Corporation**
       **POB 35480**
       **Newark NJ 07193 5480**

3. Debtor may have scheduled account as: HSBC Bank Nevada and its Assigns.

       By: /s/ GILBERT B. WEISMAN
       Gilbert B Weisman, Esquire, PA59872
       Becket & Lee LLP, Attorneys/Agent for Creditor
       POB 3001
       Malvern PA 19355-0701
       PHONE:  (610) 644-7800
       FAX:  (610) 993-8493
       EMAIL:  notices@becket-lee.com

       DATE:  03/11/2014