```
                           United States Bankruptcy Court
                           Middle District of North Carolina
```

In re:                                                              Case No. 14-10079-bak
Benjamin Louis King, Jr.                                            Chapter 7
         Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0418-2        User: admin           Page 1 of 2              Date Rcvd: May 05, 2014
                            Form ID: 239          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2014.
```
db          +Benjamin Louis King, Jr.,   709 Law Street,    Greensboro, NC 27401-3428
785264430   +Advanced Home Care,    ATTN: BIlling,   4001 Piedmont Parkway,    High Point, NC 27265-9402
785264431   +Andrew G.W. Norman,    Assistant United States Attorney,    36 South Charles Street, Fourth Floor,
              Baltimore, MD 21201-3020
785264432   +Baltimore County Auditor,    400 Washington Ave.,    Towson, MD 21204-4606
785264433   +Baltimore County Courts Building,    Clerk of Court, Circuit Court,    401 Bosley Avenue,
              Towson, MD 21204-4420
785264434    Baltimore County District Court,    ATTN: Clerk of Court,    120 E. Chesapeake Avenue,
              Towson, MD 21286-5307
785264435   +Baltimore County Maryland Tax Department,    Assessment & Taxation,    300 E. Joppa Rd.,
              Towson, MD 21286-3020
785272521   +Bierer & Margolis PA,    Attn Jonathan W. Bierer,   POB 41667,    Baltimore, MD 21203-6667
785264436   +Chase Home Finance,    ATTN: Bankruptcy Dept.,    PO Box 24696,    Columbus, OH 43224-0696
785272522   +City of Greensboro,    300 West Washington St,   Greensboro, NC 27401-2624
785264437   +Clerk of Court,    United States District Court,    101 W. Lombard Street, Room 4415,
              Baltimore, MD 21201-2629
785264438    Comptroller of Maryland,    80 Calvert Street,    PO Box 466,   Annapolis, MD 21404-0466
785264439   +Cone Health,    ATTN: Billing Department,   1200 North Elm Street,    Greensboro, NC 27401-1004
785272517   +District Court of Maryland,    for Baltimore County,    900 Walker Ave,
              Catonsville, MD 21228-5341
785272518   +District Court of Maryland,    Baltimore County,   120 E. Chesapeake Ave,    Towson, MD 21286-5307
785264440   +District of Maryland,    U.S. Marshal: Johnny L. Hughes,    U.S. Courthouse,
              101 W. Lombard Street, Room 605,    Baltimore, MD 21201-2605
785264441   +Employment Security Commission,    PO Box 26504,   Raleigh, NC 27611-6504
785272523   +First Point Collections,    POB 26140,   Greensboro, NC 27402-6140
785272520   +Greater Baltimore Medical Center, Inc.,    6701 N. Charles St,    Towson, MD 21204-6881
785264444   +Guilford County Tax Dept.,    400 W. Market Street,    Greensboro, NC 27401-2241
785264446   +Kristine Brown, Esq.,    Shapiro Borwn & Alt., LLP,    10021 Balls Fd Rd #200,
              Manassas, VA 20109-2666
785264447   +Legal Aid Bureau, Inc.,    500 E. Lexington St.,    Baltimore, MD 21202-3560
785264448   +Maryland Department of Labor,    500 N. Calvert Street #401,    Baltimore, MD 21202-3659
785264449    North Carolina Dept. of Labor,    1101 Mail Service Center,    Raleigh, NC 27699-1101
785264451   +PNC Bank,    ATTN: Kathleen Green, Asst. Vice Pres.,    Two PNC Plaza, 7th Floor,
              620 LIberty Avenue,    Pittsburgh, PA 15222-2722
785264452   +Scott E. Peters,    810 Glen Eagles Ct. # 312,    Towson, MD 21286-2237
785272514   +Solstas Lab Partners,    4380 Federal Dr,   Greensboro, NC 27410-8149
785272516   +Solstas Lab Partners,    1100 Revolution Mill Dr,    Greensboro, NC 27405-5067
785272515   +Solstas Lab Partners,    719 Green Valley Rd #205,    Greensboro, NC 27408-7025
785264453   +The Honorable Catherine C. Blake,    United States District Court, Maryland,    Baltimore Division,
              101 W. Lombard Street,    Baltimore, MD 21201-2605
785264454    United States of America,    c/o Rod J. Rosenstein, U.S. Attorney,    District of Maryland,
              36 South Charles St.,    Baltimore, MD 21201-2692
785264455   +Wake Forest University Medical Center,    ATTN: Billing Department,    Medical Center Blvd.,
              Winston Salem, NC 27157-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           EDI: ECAST.COM May 05 2014 18:18:00      eCAST Settlement Corporation,    POB 35480,
              Newark, NJ   07193-5480
785272523   +E-mail/Text: bankruptcy@firstpointcollectionresources.com May 05 2014 18:27:37
              First Point Collections,    POB 26140,   Greensboro, NC 27402-6140
785264442   +EDI: FORD.COM May 05 2014 18:18:00      Ford Mortor Credit Corp.,    1335 S. Clearview Ave.,
              Mesa, AZ 85209-3376
785272519   +E-mail/Text: kim@johnlindner.com May 05 2014 18:26:42      Greater Baltimore Medical Center, Inc.,
              c/o Law Office of John E. Linder, PA,    POB 507,   Linthieum Heights, MD 21090-0507
785264445    EDI: IRS.COM May 05 2014 18:18:00      Internal Revenue Service,    Centralized Insolvency,
              PO Box 7346,    Philadelphia, PA 19101-7346
785264450    EDI: NCDEPREV.COM May 05 2014 18:18:00      North Carolina Dept. of Revenue,    P.O. Box 1168,
              Raleigh, NC 27602-1168
                                                                                             TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
785264456    Wendell Jackson,    Unknown
785264443 ##+George Johnson, Chief USPO,    U.S. Probation Office,    Middle District of North Carolina,
              PO Box 3327,    Greensboro, NC 27402-3327
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2014 at the address(es) listed below:
              Gerald S. Schafer,    geraldatty@bellsouth.net,  gschafer@ecf.epiqsystems.com
              Gilbert Barnett Weisman    on behalf of Creditor    eCAST Settlement Corporation
               notices@becket-lee.com
              James K. Talcott    on behalf of Debtor Benjamin Louis King, Jr. jkt@imgt-law.com,
               trg@imgt-law.com
              William P. Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                       TOTAL: 4
```

B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

---

Bankruptcy Case No.: 14−10079

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Benjamin Louis King Jr.     xxx−xx−5374
aka Benny King
709 Law Street
Greensboro, NC 27401

Chapter: 7

Debtor(s)

---

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 5/5/14

Benjamin A. Kahn
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**