Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10079

IN THE MATTER OF:
Benjamin Louis King Jr.   xxx−xx−5374
aka Benny King
709 Law Street
Greensboro, NC 27401

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Gerald S. Schafer is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 5/12/14

_____
Benjamin A. Kahn
United States Bankruptcy Judge