United States Bankruptcy Court
Middle District of North Carolina

In re:                                                              Case No. 14-10079-bak
Benjamin Louis King, Jr.                                            Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 1      Date Rcvd: May 12, 2014
                              Form ID: 201      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2014.
db          +Benjamin Louis King, Jr.,    709 Law Street,    Greensboro, NC 27401-3428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2014                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2014 at the address(es) listed below:
            Gerald S. Schafer,     geraldatty@bellsouth.net,   gschafer@ecf.epiqsystems.com
            Gilbert Barnett Weisman    on behalf of Creditor    eCAST Settlement Corporation
             notices@becket-lee.com
            James K. Talcott    on behalf of Debtor Benjamin Louis King, Jr. jkt@imgt-law.com,
             trg@imgt-law.com
            William P. Miller     bancm_ecf@ncmba.uscourts.gov
                                                                                                                                        TOTAL: 4

Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10079

IN THE MATTER OF:
Benjamin Louis King Jr.    xxx−xx−5374
aka Benny King
709 Law Street
Greensboro, NC 27401

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Gerald S. Schafer is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 5/12/14

Benjamin A. Kahn
United States Bankruptcy Judge